

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Sellusyourhouse.com, LLC v. Russell Walker and/or All Occupants of 9325 Grady Street, Houston, Texas

Appellate case number:   01-18-00201-CV

Trial court case number:  1104954

Trial court:                    County Civil Court at Law No. 2 of Harris County

This Court's September 20, 2018 Order had sua sponte extended the deadline either for the parties to file objections to the June 6, 2018 Mediation Order or for appellant, Sellusyourhouse.com, LLC, to pay for the reporter's record within 10 days of the date of that Order. That Order also warned appellant that if no response was timely filed within 10 days of the date of that Order, this Court would deem the Mediation Order withdrawn and set the briefing schedule without a reporter's record. *See* TEX. R. APP. P. 37.3(c)(1), (2). Neither a timely response nor the reporter's record has been filed in this Court.

Accordingly, this Court deems the Mediation Order withdrawn and directs the Clerk of this Court to **withdraw** the Mediation Order. This Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellant's brief is **ORDERED** to be filed no later than **30 days from the date of this order**. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley _____

☑ Acting individually      ☐ Acting for the Court

Date: __October 18, 2018_____